IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 23-21164 JAD |
| | : | |
| Kimberly S. Lint, | : | Chapter 13 |
| | : | |
| Debtor, | : | Document No. ___ |
| | : | |
| Kimberly S. Lint, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

CERTIFICATION OF NO OBJECTION
TO MOTION TO SUBSTITUTE ATTORNEY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Substitute Attorney filed on May 8, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Substitute Attorney appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than May 27, 2024.

It is hereby respectfully requested that the Order attached to the Motion to Substitute Attorney be entered by the Court.

Dated: May 28, 2024

TREMBA, KINNEY, GREINER & KERR

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
1310 Morrell Avenue, Suite C
Connellsville, PA 15425
Telephone  (724) 628-7955
Email: dwhite@westpalawyers.com
Attorney for Debtor