IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 23-21164-JAD |
| | : | |
| Kimberly S. Lint, | : | Chapter 13 |
| | : | |
| Debtor, | : | |
| | : | Related to |
| Kimberly S. Lint, | : | Document No.   53 |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

CONSENT ORDER TO APPROVE POST
PETITION AUTOMOBILE FINANCING

AND NOW COMES the Debtor, Kimberly S. Lint, by her Counsel, Tremba, Kinney, Greiner & Kerr, LLC and Daniel R. White, Esquire, and Chapter 13 Trustee, Ronda J. Winnecour, by her Counsel, Kate DeSimone, and files the within Consent Order to Approve Post Petition Automobile Financing representing as follows:

1.  This Consent Order is being sought on an emergency basis as Debtor has an immediate need to purchase a vehicle for personal use.

2.  Movant is the Debtor in this Chapter 13 Bankruptcy proceeding having filed a Voluntary Chapter 13 petition on May 30, 2023.

3.  The Debtor has a Chapter 13 plan dated June 20, 2023, which provides for a distribution to unsecured creditors with a plan payment of $875.00 per month.

4.  The Debtor has commenced monthly payments to the Trustee with payments being remitted through ACH.  Debtor is in month 20 of a 36 month plan and her plan payments are current.

5.  The Debtor is seeking secured financing in order to purchase a vehicle for Debtor's personal use to replace her 2007 Chevy Trailblazer which is no longer operable.

Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.  The Debtor's *Motion* is **GRANTED** as provided by the terms of this *Order*. Debtor is authorized to obtain secured financing for the purchase of a used vehicle on the following terms:

    (a)  the total amount of financing shall not exceed $25,000.00 and interest rate should not exceed 20%; and;

(b)    the monthly payments made under the financing agreement **shall not exceed** $500/per month.

2.    To the extent that Debtors secure financing for the purchase of a vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

(a)    an amended chapter 13 plan; and

(b)    a report of purchase/financing.

3.    To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of purchase/financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4.    Pending confirmation of any amended plan providing for the new postpetition loan payments, the Trustee is authorized to make monthly adequate protection payments to the POSTPETITION AUTOMOBILE LENDER for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5.    Notwithstanding the inclusion of the postpetition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the POSTPETITION AUTOMOBILE LENDER.

6.    Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the Chapter 13 Plan and file proof of the same with the Court.

Prepared by: Daniel R. White, Esquire

Dated: January 23, 2025

OFFICE OF THE CHAPTER 13 TRUSTEE          TREMBA, KINNEY, GREINER & KERR

/s/Kate DeSimone                             /s/ Daniel R. White
Kate DeSimone                                Daniel R. White, Esquire
U.S. Steel Tower-Suite 3250                  PA I.D. No. 78718
600 Grant Street                             1310 Morrell Avenue
Pittsburgh, PA 15219                         Connellsville, PA 15425
412-471-5566                                 724-628-7955
kdesimone@chapter13trusteewdpa.com           Dwhite@westpalawyers.com
Attorney for Chapter 13 Trustee              Attorney for Debtor

SO ORDERED.

1/23/2025                                    sjk

UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

FILED
1/23/25 9:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 23-21164-JAD

Kimberly S. Lint                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kimberly S. Lint, 706 Isabella Road, Connellsville, PA 15425-4113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025                Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | |
| | on behalf of Creditor Freedom Mortgage Corporation blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Daniel R. White | |
| | on behalf of Debtor Kimberly S. Lint r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | |
| | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Matthew Fissel | |
| | on behalf of Creditor Freedom Mortgage Corporation matthew.fissel@brockandscott.com  wbecf@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2        User: auto        Page 2 of 2

Date Rcvd: Jan 23, 2025        Form ID: pdf900        Total Noticed: 1

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7