**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| KIMBERLY S. LINT | Case No.:23-21164 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/30/2023 and confirmed on 07/19/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 22,794.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 22,789.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,796.70 | |
| Trustee Fee | 1,367.64 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,164.34 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 1827 | 0.00 | 17,129.74 | 0.00 | 17,129.74 |
| FREEDOM MORTGAGE CORPORATION<br>Acct: 8490 | 6,019.03 | 494.92 | 0.00 | 494.92 |
| | | | | 17,624.66 |
| Priority | | | | |
| DANIEL R WHITE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KIMBERLY S. LINT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KIMBERLY S. LINT<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC(++)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DANIEL R WHITE ESQ(++)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC(++)<br>Acct: | 1,110.70 | 1,110.70 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
| DANIEL R WHITE ESQ<br>Acct: | 3,389.30 | 2,686.00 | 0.00 | 0.00 |
| DANIEL R WHITE ESQ<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| * * * N O N E * * * | | | | |
| Unsecured | | | | |
| AHN ER GROUP OF FAYETTE COUNTY LT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE**<br>Acct: 2007 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE CARD SERVICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COMENITY BANK++<br>Acct: 3356 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 5500 | 619.54 | 0.00 | 0.00 | 0.00 |
| EMP OF FAYETTE COUNTY LTD<br>Acct: 7388 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 7554 | 4,238.66 | 0.00 | 0.00 | 0.00 |
| REVCO SOLUTIONS INC<br>Acct: 5585 | 36,974.85 | 0.00 | 0.00 | 0.00 |
| HIGHLANDS HOSPITAL & HEALTH CT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HIGHLANDS HOSPITAL & HEALTH CT<br>Acct: 4459 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS VALLEY RADIOLOGY++<br>Acct: 7755 | 0.00 | 0.00 | 0.00 | 0.00 |
| LOANCARE LLC<br>Acct: 8906 | 0.00 | 0.00 | 0.00 | 0.00 |
| NCB MANAGEMENT SERVICES INC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NORTH STAR CAPITAL ACQUISITION<br>Acct: 2008 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HIGHLANDS HEALTHCARE<br>Acct: 1120 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HIGHLANDS RADIOLOGY GROUP<br>Acct: 8926 | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C<br>Acct: 1679 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 9302 | 0.00 | 0.00 | 0.00 | 0.00 |
| BROCK & SCOTT PLLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| EMBRACE HOME LOANS INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| APOTHAKER SCIAN PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CBCS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION PROFESSIONAL SERVICES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ESCALLATE, LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| NIAGARA CREDIT SOLUTIONS++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**



| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| PHOENIX FINANCIAL SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| REVCO SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WFCB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 17,624.66

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 6,019.03 |
| UNSECURED | 41.833.05 |

Date: 08/13/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com